IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO.: 5:25-CR-50084
)
TREVOR ROMAN )

**FINAL ORDER OF FORFEITURE**

On February 26, 2026, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed. R. Crim. P. 32.2(b). (Doc. 26). In the Preliminary Order of Forfeiture, a Samsung S24 cellphone, S/N: Unknown, seized in connection with this case was forfeited to the United States pursuant to Title 18 U.S.C. § 2253.

The United States was required to publish notice of this order pursuant to Fed. R. Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On June 23, 2026, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. (Doc. 36). The deadline for filing claims was May 3, 2026. No third-party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on February 26, 2026, shall

become final at this time.

IT IS SO ORDERED this 6th day of October 2026.

HONORABLE TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE